# Court of Appeals, State of Michigan

## ORDER

In re I Messer Minor

Docket No.   325375

LC No.   14-001013-NA

Michael J. Riordan
Presiding Judge

Pat M. Donofrio

Jane M. Beckering
Judges

---

The Court orders that the opinion issued in this case is hereby AMENDED to correct a clerical error.  The opinion is corrected to read June 16, 2015 as the date of the opinion.

In all other respects, the opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JUN 29 2015

Date

Chief Clerk